No. 90–967. WOODDELL v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 71, ET AL. C. A. 6th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 90–6352. GRIFFIN v. UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 89–1698. SCHOOL DISTRICT NO. 1, DENVER, COLORADO, ET AL. v. KEYES ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1772. GALCERAN ET AL. v. HARDING. C. A. 9th Cir. Certiorari denied.

No. 90–497. WILLIAMS v. CHRANS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–529. MILLER ET AL. v. RICE, SECRETARY OF THE AIR FORCE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–559. AMERICAN IRON & STEEL INSTITUTE v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–578. ALTA VERDE INDUSTRIES, INC., ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–594. NORTH BAY DEVELOPMENT DISABILITIES SERVICES, INC., DBA NORTH BAY REGIONAL CENTER v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 90–620. MASSILLON BOARD OF EDUCATION v. FARBER. C. A. 6th Cir. Certiorari denied.

No. 90–652. O'CONNOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.